# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3576

_____

| | | |
|---|---|---|
| Nicie Smith, on behalf of Nancy Smith Van Dalsen, deceased, | * | |
| | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| St. Vincent Infirmary; Elizabeth Wise, attorney; Donna Young; Jane Doe, Jennifer; Sandra Goforth; Phyllis Goforth; Charlotte Moore; Carrol Van Dalsen; Phillip Van Dalsen; Central Arkansas Radiation Therapy Institute; X. Gao, Dr.; A. Maners, Dr.; Little Rock Cancer Clinic, S. Kamanda, Dr.; Perry County, Arkansas, inclusive of titled individuals participants in fraudulent deed titling; State of Arkansas; Scott Montgomery, Sheriff and Collector, Perryville, Arkansas; Dorothy Camp, Perry County Assessor; Persundra Hood, Perry County Circuit Clerk, | * * * * * * * * * * * * * * * * * | Appeal from the United States District Court for the Eastern District of Arkansas. [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: March 23, 2012
Filed: March 28, 2012

_____

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.


Nicie Smith appeals the district court's[1] dismissal of her civil complaint for lack of subject matter jurisdiction. We conclude that the district court properly dismissed the complaint, because diversity jurisdiction is lacking, see 28 U.S.C. § 1332(a), and Ms. Smith alleged no viable basis for federal-question jurisdiction, see 28 U.S.C. § 1331; Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2009) (threadbare recitals of elements of cause of action supported by mere conclusory statements are not entitled to assumption of truth); Hull v. Fallon, 188 F.3d 939, 942 (8th Cir. 1999) (requirements for federal question jurisdiction). Accordingly, we affirm the judgment of the district court, see 8th Cir. R. 47B, but we modify the dismissal of Ms. Smith's complaint to be without prejudice, see Cnty. of Mille Lacs v. Benjamin, 361 F.3d 460, 464 (8th Cir. 2004).

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.